01-15-1011-CV

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 21 2015

CHRISTOPHER A. PRINE

CLERK **DATE:** 12-16-15

Larry Coleman Hicks
TDCJ-CID No. 821431

First Court of Appeals
Christopher A. Prine, Clerk
301 Fannin Street
Houston, Texas 77002

RE: <u>**NOTICE OF CHANGE OF ADDRESS**</u>

Dear Clerk:

　　This is my notice to the Court of a change of Address. My new address is:

　　　　LARRY HICKS #821431
　　　　JOE NEY UNIT
　　　　114 PRIVATE ROAD #4303
　　　　HONDO, TX 78861

　　Thank you for your time and assistance in this matter. With kind regards, I remain...

　　　　　　　　Sincerely,

　　　　　　　　/S/ Larry Coleman Hicks
　　　　　　　　Larry Coleman Hicks

LCH/file

**Larry Coleman Hicks**
**TDCJ-CID No: 821431**
Joe Ney Unit
114 Private Rd. # 4303
Hondo, Tx 78861

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

DEC 21 2015

CHRISTOPHER A. PRINE
CLERK

SAN ANTONIO TX 780
13 DEC 2015 PM 4 L

First Court of Appeals
Christopher A. Prine, Clerk
301 Fannin Street
Houston, Texas 77002

77002-206270

"LEGAL-MAIL"